CHARLES A. BONNER, ESQ. (SBN 85413)
A. CABRAL BONNER, ESQ. (SBN 247528)
**LAW OFFICES OF BONNER & BONNER**
3060 KERNER BLVD., STE. A
SAN RAFAEL, CA 94901
Tel: (415) 331-3070 / Fax: (415) 331-2738
Email: cbonner799@aol.com
Email: cabral@bonnerlaw.com
Attorneys for Plaintiff

MARIO U. ZAMORA, (SBN 258721)
CHRISTINA G. Di FILIPPO, (SBN 327255)
**GRISWOLD, LASALLE, COBB,
DOWD & GIN, L.L.P.**
111 E. Seventh Street,
Hanford, CA 93230
Tel: (559) 584-6656 / Fax: (559) 582-3106
E-mails: zamora@griswoldlasalle.com; difilippo@griswoldlasalle.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK JURDON<br><br>          PLAINTIFF,<br><br>     vs.<br><br>CITY OF HANFORD; CITY OF HANFORD POLICE DEPARTMENT; PARKER SEVER, *In His Individual and Official Capacity;* GABRIEL JIMENEZ, *In His Individual Capacity;* JAMES LUTZ, *In His Individual Capacity;* KARL ANDERSON, *In His Individual Capacity;* JAMES EDLUND, *In His Individual Capacity;* AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>          DEFENDANTS. | Case No.: 1:23-cv-01695-KES-SKO<br><br>**JOINT STIPULATION TO EXTEND PRE-TRIAL DEADLINES; ORDER MODYING SCHEDULING ORDER**<br><br>**(Doc. 29)** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Plaintiff Jason Stingley ("Plaintiff") and all named Defendants, City of Hanford, et al. ("Defendants") (collectively, the "Parties") submit this Joint Stipulation to extend all deadlines in the above-captioned matter.

**WHEREAS**, Plaintiff propounded discovery requests to Defendant, City of Hanford on May 9, 2024;

**WHEREAS**, on May 21, 2024, parties filed Proposed Stipulated Protective Order;

**WHEREAS**, on May 23, 2024, The Court denied parties' Proposed Stipulated Protective Order;

**WHEREAS**, Parties received scheduling order on May 28, 2024 [DOC 25] in this matter;

**WHEREAS**, on July 23, 2024, parties filed Proposed AMENDED Stipulated Protective Order;

**WHEREAS**, on July 26, 2024, The Court denied parties' Proposed AMENDED Stipulated Protective Order.;

**WHEREAS**, on August 7, 2024, Defendant City of Handford produced partial responses with the understanding that more documents would be produced after the stipulated protective order was signed;

**WHEREAS**, on October 14, 2024, Defendant City of Hanford's amended response to Patrick Jurdon's request for production of documents, set one;

**WHEREAS**, the parties have been working collaboratively to schedule depositions but have been hampered by trial schedules and the coming holidays;

**WHEREAS,** the parties have selected a mediator and tentative dates for mediation and believe mediation will be most productive after some but not all depositions are completed;

**WHEREAS**, the parties have met and conferred and have agreed to a 90-day extension of time for all the pre-trial deadlines;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their attorneys of record that:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-expert Discovery Cutoff | January 29, 2025 | April 29, 2025 |
| Expert Disclosure | March 13, 2025 | June 11, 2025 |
| Expert Discovery Cutoff | May 19, 2025 | August 17, 2025 |

| Non-Dispositive Motion Deadline | June 9, 2025 | September 7, 2025 |
|---|---|---|
| Dispositive Motion Deadline | June 23, 2025 | September 21, 2025 |

DATED: December 9, 2024          LAW OFFICES OF BONNER & BONNER
                                 */s/ A. Cabral Bonner*
                                 A. CABRAL BONNER
                                 Attorneys for Plaintiff PATRICK JURDON


Dated: December 9, 2024          GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
                                 By: */s/ Christina G. Di Filippo*
                                 CHRISTINA G. DI FILIPPO
                                 Attorneys for: Defendants, City of Hanford, et al.

**ORDER**

In view of the parties' foregoing stipulation to extend pre-trial deadlines (Doc. 29), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), it is hereby ORDERED that the Scheduling Order (Doc. 25) is MODIFIED as follows:[1]

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | January 29, 2025 | April 29, 2025 |
| Expert Disclosures | March 13, 2025 | June 11, 2025 |
| Rebuttal Expert Disclosures | April 16, 2025 | July 15, 2025 |
| Expert Discovery Cutoff | May 19, 2025 | August 17, 2025 |
| Non-Dispositive Motion Filing Deadline | June 9, 2025 | September 5, 2025 |
| Non-Dispositive Motion Hearing Deadline | July 16, 2025 | October 15, 2025 |
| Dispositive Motion Filing Deadline | June 23, 2025 | September 19, 2025 |
| Dispositive Motion Hearing Deadline | July 28, 2025 | October 29, 2025 |
| Deadline to Provide Proposed Settlement Conference Dates | October 21, 2025 | January 26, 2026, or 90 days before trial, whichever is later |
| Pretrial Conference | November 17, 2025 | February 23, 2026, at 1:30 p.m. |
| Trial | January 21, 2026 | April 21, 2026, at 8:30 a.m. |

IT IS SO ORDERED.

Dated:   **December 9, 2024**                 _/s/ Sheila K. Oberto_
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar.  In addition, although the parties did not request an enlargement of the motion deadlines and pretrial and trial dates, such enlargement is necessary to allow the Court time to adjudicate motions and for the parties to prepare for trial.